| | |
|---|---|
| JESSE MANUEL SKINNER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE, et al.,<br><br>　　　　　Respondents. | Case No. 1:18-cv-00029-SAB-HC<br><br>ORDER GRANTING MOTION TO TRANSFER AND TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA<br><br>(ECF No. 2) |

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 4, 2018, Petitioner filed the instant motion to transfer, noting that he may have filed his petition in the wrong court. (ECF No. 2).

"[A] habeas petition filed pursuant to § 2241 must be heard in the custodial court . . . ." Hernandez v. Campbell, 204 F.3d 861, 865 (9th Cir. 2000). Here, Petitioner is currently housed at FCI Herlong in Lassen County, California, which is part of the Sacramento Division of the United States District Court for the Eastern District of California. See Local Rule 120(d). Therefore, venue is proper in the Sacramento Division. Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper court may be transferred to the proper venue within the District. Therefore, this action will be transferred to the Sacramento Division.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to transfer (ECF No. 2) is GRANTED;

1

2. This action is transferred to the Sacramento Division of the United States District Court for the Eastern District of California; and

3. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **January 9, 2018**

UNITED STATES MAGISTRATE JUDGE